UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LUTRELL B HUDDLESTON,

        Plaintiff,

  v.

CITY & COUNTY OF SAN FRANCISCO, et al.,

        Defendants.

Case No. 16-cv-01998-YGR

**ORDER RE APPLICATION TO PROCEED IN FORMA PAUPERIS**

( )    IT IS ORDERED that the application to proceed in forma pauperis is GRANTED. Issuance of summons and service will be determined separately.

( )    The complaint having been found to comply with Title 28 USC § 1915, IT IS FURTHER ORDERED that the Clerk issue summons, and IT IS FURTHER ORDERED that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, plaintiff's affidavit and this order upon the defendant.

(**X**)    IT IS ORDERED that the application to proceed in forma pauperis **is DENIED**, and that the filing fee is $400.00 be paid no later than **May 9, 2016**. Failure to pay the filing fee by that date will result in dismissal for the above- entitled action without prejudice.  The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments, scheduling orders, attachments, pursuant to Rule 4, Federal Rules of Civil Procedure.  Plaintiff has a continuing obligation to keep the Court informed of his or her current address.  Failure to do so may result in dismissal of this action.

( )    IT IS ORDERED that the application to proceed in forma pauperis is DENIED and the plaintiff is further ordered that:

1  ( ) Filing fee waived in part: partial payment of $_____ due on
2  _____, remaining balance to be waived.
3  ( ) Partial payment of $_____ due on _____, remaining balance
4  due and payable on _____.
5  ( ) Partial payment of $_____ due on _____, remaining balance
6  due in installments as follows _____.

Failure to pay this amount will result in dismissal of the above-entitled action without prejudice. The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments, scheduling orders, attachments, pursuant to Rule 4, Federal Rules of Civil Procedure. Plaintiff has a continuing obligation to keep the Court informed of his or her current address. Failure to do so may result in dismissal of this action.

Dated: April 20, 2016

_____
YVONNE GONZALEZ ROGERS
United States District Judge

(Not to be used in PRISONER OR HABEAS CORPUS CASES) (rev. 4/22/2014)