UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LUTRELL B. HUDDLESTON,**<br><br>    Plaintiff,<br><br>vs.<br><br>**CITY AND COUNTY OF SAN FRANCISCO,** *et al.*,<br><br>    Defendants. | Case No.: 16-CV-1998 YGR<br><br>**ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE; VACATING HEARING**<br><br>Re: Dkt. No. 9 |

Plaintiff Lutrell B. Huddleston, proceeding *pro se*, brings this employment discrimination and harassment action against her former employer and supervisor, defendants City & County of San Francisco, *et al*. On July 19, 2016, defendants moved to dismiss the complaint under Rule 12(b)(6). (Dkt. No. 9.) Plaintiff's response to defendants' motion was due on or before August 2, 2016, and, as of the date of this Order, plaintiff has not yet filed any response thereto. As a result, the Court is considering dismissing plaintiff's lawsuit for "failure to prosecute," that is, a failure to meet deadlines and keep the lawsuit moving forward.

Plaintiff is hereby **ORDERED TO SHOW CAUSE** why this case should not be dismissed for failure to prosecute. No later than August 31, 2016, plaintiff shall file either (1) a response to defendants' motion, or (2) a written response to this Order to Show Cause, indicating why the case should not be dismissed for failure to prosecute. Failure to file will be deemed an admission that plaintiff does not intend to prosecute, and her case will be dismissed without prejudice.

In light of her *pro se* status, plaintiff may wish to seek assistance from the Legal Help Center, a free service of the Volunteer Legal Services Program, by calling 415.782.8982 or signing up for an appointment on the 4th Floor of the Oakland Courthouse, Room 470S. At the Legal Help Center, plaintiff may speak with an attorney who may be able to provide basic legal help, but not

legal representation.  The Court also urges plaintiff to obtain a copy of the Pro Se Handbook, available free of charge from the Court's website (www.cand.uscourts.gov) or in the Clerk's Office.

In light of plaintiff's failure to respond to defendants' motion, the hearing currently set for August 30, 2016 is hereby **VACATED**. Should plaintiff respond to defendants' motion, defendants shall file a reply within five (5) business days thereafter.  A hearing will be set if deemed necessary.

**IT IS SO ORDERED**.

Date: August 15, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**